E-FILED
Thursday, 16 September, 2004 01:54:40 PM
Clerk, U.S. District Court, ILCD

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| INTERSTATE CARRIER XPRESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>SHORELINE EXPRESS, INC., )<br>)<br>Defendant/Third-Party Plaintiff, )<br>)<br>)<br>v. )<br>)<br>REGIONS BANK, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>TURNWOOD INDUSTRIES, INC., )<br>)<br>Third-Party Defendant. ) | CASE NO. 3:04-CV-03003<br><br>MAGISTRATE JUDGE:<br>BYRON G. CUDMORE<br><br>**NOTICE OF WITHDRAWAL<br>OF COUNSEL** |

**NOW COMES** counsel, Mickey R. Dragash, for Defendant and Third-Party Plaintiff, Shoreline Express, Inc., and hereby notifies the Court, as well as all other parties of record, that he is withdrawing from representation in the above captioned matter. Lead counsel of record will remain Donald J. Vogel of the law firm Scopelitis, Garvin, Light & Hanson located at 30 West Monroe Street, Suite 600, Chicago, Illinois 60603. No future notices need to be sent to Mickey R. Dragash.

Respectfully submitted,

_____
Mickey R. Dragash (OH Bar #0073340; IN Bar #22017-76)
ROETZEL & ANDRESS, L.P.A.
1375 East Ninth Street, Suite 1000
Cleveland, Ohio 44114
(216) 623-0150 *telephone*
(216) 623-0134 *facsimile*

and

Donald J. Vogel (#6191438)
SCOPELITIS, GARVIN, LIGHT & HANSON
30 West Monroe Street
Suite 600
Chicago, Illinois 60603
(312) 422-1200 *telephone*
(312) 422-1224 *facsimile*
**COUNSEL FOR DEFENDANT & THIRD-PARTY PLAINTIFF, SHORELINE EXPRESS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Withdrawal of Counsel* was served upon the following named parties via Regular U.S. Mail on this 15th day of September, 2004.

Drew T. Erwin, Esq.
Drew T. Erwin, Ltd.
317 North Sixth Street
Quincy, IL 62301
**COUNSEL FOR PLAINTIFF,
INTERSTATE CARRIER XPRESS**

Regions Bank
c/o Mr. Norm Atkins
888 Concord Road
Smyrna, GA 30081

Matthew L. Alden, Esq.
Gallup Burns & Associates
The Superior Building, Suite 1810
815 Superior Avenue, East
Cleveland, OH 44114
**COUNSEL FOR THIRD-PARTY DEFENDANT,
TURNWOOD INDUSTRIES, INC.**

_____
Mickey R. Dragash