IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| INTERSTATE CARRIER XPRESS, INC. | ) | Case No. 3:04-cv-03003 |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Byron G. Cudmore |
| SHORELINE EXPRESS, INC., | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TURNWOOD INDUSTRIES, INC. | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

FILED
SEP 2 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE OF FILING

TO: See Attached Service List

**PLEASE TAKE NOTICE** that on the 22nd day of September, 2004, the undersigned counsel for the Defendant sent for filing with the Clerk of the United States District Court, Central District of Illinois, Springfield Division, the document entitled *Defendant's, Shoreline Express, Inc., Reply Memorandum to Plaintiff's Brief in Opposition to Defendant's Motion to Transfer Venue to the United States District Court for the Northern District of Ohio, Eastern Division*, a copy of which is attached hereto.

_____
Donald J. Vogel,
One of the Attorneys for Defendant,
Shoreline Express, Inc.

Donald J. Vogel
Scopelitis, Garvin, Light & Hanson
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 422-1200
Facsimile (312) 422-1224

1

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing *Notice of Filing* was served upon the following named parties by first class U.S. Mail on this 22nd day of September, 2004:

>Clerk of the U.S. District Court
>Central District of Illinois, Springfield Division
>151 U.S. Courthouse
>600 E. Monroe Street
>Springfield, Illinois 62701
>
>Drew T. Erwin, Esq.
>Drew T. Erwin, Ltd.
>317 North Sixth Street
>Quincy, Illinois 62301
>
>Regions Bank
>C/o Mr. Norm Atkins
>888 Concord Road
>Smyrna, Georgia 30081
>
>Matthew L. Alden, Esq.
>Gallup Burns & Associates
>The Superior Building, Suite 1810
>815 Superior Avenue, East
>Cleveland, OH  44114

_____
Donald J. Vogel

DONALD J. VOGEL
Scopelitis, Garvin, Light & Hanson
30 West Monroe Street, Suite 600
Chicago, Illinois 60603
(312) 422-1200
Facsimile (312) 422-1224