E-FILED
Thursday, 18 November, 2004  04:12:15 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 18, 2004

U.S. District Clerk's Office
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH  44113

RE:     Interstate Carrier Xpress Inc v Shoreline Express Inc
        Our Case Number:  04-3003

On October 12, 2004  an Order was entered transferring the above-entitled case from this District Court to the Northern District of Ohio, Eastern Division.  The appeal time has now expired and we are forwarding the complete file.  A certified copy of that order  is enclosed, along with a certified copy of the docket sheet and all original pleadings thus far filed in the case.

All parties are being notified of this transfer by copy of this letter and the order enclosed therewith.

Please acknowledge receipt of this file by returning a file-stamped copy of this letter.

Sincerely,

s/ John M. Waters
United States District Clerk

    s/ Barbara Race
Deputy Clerk


Receipt and Acknowledgment _____

New  Case Number Assigned in :_____