E-FILED
Thursday, 02 December, 2004 02:43:15 PM
 Clerk, U.S. District Court, ILCD
Thursday, 18 November, 2004 04:12:15 PM
 Clerk, U.S. District Court, ILCD





NOV 23 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

November 18, 2004

U.S. District Clerk's Office
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH  44113

**COPY**

RE:   Interstate Carrier Xpress Inc v Shoreline Express Inc
      Our Case Number:  04-3003

On October 12, 2004 an Order was entered transferring the above-entitled case from this District Court to the Northern District of Ohio, Eastern Division. The appeal time has now expired and we are forwarding the complete file. A certified copy of that order is enclosed, along with a certified copy of the docket sheet and all original pleadings thus far filed in the case.

All parties are being notified of this transfer by copy of this letter and the order enclosed therewith.

Please acknowledge receipt of this file by returning a file-stamped copy of this letter.

Sincerely,

s/ John M. Waters
United States District Clerk

__s/ Barbara Race__
Deputy Clerk



2004 NOV 23 PM 2:09
FILED

**1:04CV2331**

Receipt and Acknowledgment _____ **JUDGE MANOS**

New Case Number Assigned in : _____